BENJAMIN ALBERTSON, PLAINTIFF IN ERROR, v. JOHN H. STEVENSON, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Wm. T. Hoffman.*

For the defendant in error, *Hawkins & Durand.*

PER CURIAM.

The judgment of the Supreme Court is affirmed for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, VAN SYCKEL, BROWN, COLE, MCGREGOR, PATERSON, WHITAKER.   13.

*For reversal*—None.